1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4        Social Security Administration
5        160 Spear Street, Suite 800
         San Francisco, CA 94105
6        Telephone: (415) 977-8995
         Facsimile: (415) 977-8873
7
8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
11                     SACRAMENTO DIVISION

12
13 SUSAN KAFATI o.b.o. Z.P.P.,          )   CASE NO. 2:16-cv-02193-CMK
                                        )
14          Plaintiff,                  )   STIPULATION AND ORDER
   vs.                                  )   FOR A FORTY-FIVE-DAY EXTENSION
15                                      )   FOR PLAINTIFF TO FILE HER MOTION
   CAROLYN W. COLVIN,                   )   FOR SUMMARY JUDGMENT
16 Acting Commissioner of Social Security, )
17          Defendant.                  )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21 _____     )

22
23        The parties stipulate that, subject to the approval of the Court, that Plaintiff shall be granted a

24 forty-five-day extension from the current January 17, 2017 deadline to file her motion for summary

25 judgment.  This extension is necessary because, although Defendant caused service of the certified

26 administrative record to be made by certified mail with return receipt on December 1, 2016, Plaintiff

27 has not received the copy of the certified administrative record.  Defendant is arranging to provide

28 Plaintiff with a copy of the certified administrative record by other means no later than January 13,

Stip. & Prop. Order for Extension                                                          1

2017.  Therefore, the parties jointly request an extension up to and including March 3, 2017, with all other dates to be extended accordingly.

Respectfully submitted January 12, 2017.

DATED: January 12, 2017                    *s/ Susan Kafati*
                                           SUSAN KAFATI
                                           (as authorized by email)

                                           Plaintiff in pro se

                                           PHILLIP A. TALBERT
                                           United States Attorney

DATE: January 12, 2017          By    *s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant


IT IS SO ORDERED.


Dated:  January 18, 2017                   _____
                                           CRAIG M. KELLISON
                                           UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension                                          2

1

ORDER

2     Pursuant to stipulation, it is so ordered.

3

4   DATE:                              _____

5                                      CRAIG M. KELLISON
                                       UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28